18-2677
Morrison
-v-
Liberty Life
Assurance Co. of
Boston

18-2677
Morrison
-v-
Liberty Life
Assurance Co
of Boston

**THOMAS L. PARKER**

**CHARMIANE G. CLAXTON**