*Revised July 2012*

United States District Court for Western District of Tennessee

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| | |
|---|---|
| Plaintiff<br>MAYURI MORRISON | |
| Defendant<br>Liberty Life Assurance Company of Boston | |
| Case Number<br>2:18cv02677-TLP-cgc | Judge<br>Thomas L. Parker |

I, Iwana Rademaekers hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of Liberty Life Assurance Company of Boston by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| United States District Court, Northern District of Texas | 5/6/1988 |
| United States District Court, Eastern District of Texas | 5/2/1998 |
| United States District Court, Western District of Texas | 9/2/1998 |
| (see attached for additional courts) | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Rademaekers | Iwana | |

| | |
|---|---|
| Applicant's Firm Name | Law Offices of Iwana Rademaekers, P.C. |
| Applicant's Address | 14785 Preston Road |
| Room/Suite Number | Suite 550 |
| City | Dallas |
| State | TX |
| Zip Code | 75169 |
| Applicant's Email Address | iwana@rademaekerslaw.com |
| Applicant's Phone Number(s) | 214-579-9319 |

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

D. Seth Holliday, Esq.
Email: sholliday@mcmahanfirm.com

Certificate of Consultation

I certify that the office of the undersigned conferred with Plaintiff's counsel, D. Seth Holliday, with regard to the relief requested in this Motion, and Mr. Holliday has stated that Plaintiff is not opposed to the relief requested herein.

| Date | Electronic Signature of Applicant |
|---|---|
| November 5, 2018 | S/ Iwana Rademaekers |

Pro Hac Vice Motion, Continuation Sheet

I am a member of good standing and eligible to practice before the following courts (cont'd):

| TITLE OF COURT | DATE ADMITTED |
|---|---|
| U.S. District Court, Southern District of Texas | September 11, 1998 |
| U.S. District Court, Eastern/Western District of Arkansas | May 22, 1998 |
| U.S. District Court, District of Colorado | January 14, 2002 |
| U.S. District Court, Western District of Oklahoma | August 13, 2013 |
| U.S. Court of Appeals for the Fourth Circuit | September 28, 1998 |
| U.S. Court of Appeals for the Fifth Circuit | August 15, 1989 |
| U.S. Court of Appeals for the Eighth Circuit | January 25, 2000 |
| U.S. Court of Appeals for the Ninth Circuit | August 27, 2014 |
| U.S. Court of Appeals for the Tenth Circuit | August 5, 2002 |
| U.S. Court of Appeals for the Eleventh Circuit | February 6, 2012 |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**AT MEMPHIS**

| | | |
|---|---|---|
| **MAYURI MORRISON,** | ) | |
| | ) | CIVIL ACTION NO. 2:18cv02677-TLP-cgc |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Thomas L. Parker |
| | ) | |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | Chief Magistrate Judge Charmiane G. Claxton |
| | ) | |
| Defendant. | ) | |

**ORDER**

On this day, came on to be considered the Motion for Leave to Appear Pro Hac Vice, filed by Defendant Liberty Life Assurance Company of Boson requesting permission for Iwana Rademaekers to appear and participate in this action as attorney of record on its behalf. Upon reviewing the Motion, the Court finds that it has merit and should be and is hereby granted.

IT IS SO ORDERED.

**SIGNED** this ______ day of ___________________, 2018.

______________________________________
UNITED STATES DISTRICT JUDGE