**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**AT MEMPHIS**

| | | |
|---|---|---|
| **MAYURI MORRISON,** | ) | |
| | ) | CIVIL ACTION NO. 2:18cv02677-TLP-cgc |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Thomas L. Parker |
| | ) | |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | Chief Magistrate Judge Charmiane G. Claxton |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION REGARDING DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Liberty Life Assurance Company of Boston ("Liberty Life"), files this Unopposed Motion Regarding Deadline to Respond to Plaintiff's Complaint.

1. Plaintiff filed this lawsuit on October 1, 2018. Liberty Life was served with process through the State of Tennessee Department of Commerce and Insurance on October 15, 2018, and must file its Answer or otherwise respond by November 5, 2018.

2. Liberty Life requests an extension to respond to or answer Plaintiff's Complaint in order to allow it time to obtain the necessary documents to appropriately respond to the Complaint. As such, Liberty Life requests that the Court enter an order that it have until and including November 19, 2018, to answer or otherwise respond to Plaintiff's Complaint. Plaintiff is not opposed to this Motion.

3. This Unopposed Motion Regarding Deadline to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, Liberty Life requests that the Court enter an order that it shall have until and including November 19, 2018, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 5th day of November 2018.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## CERTIFICATE OF CONSULATATION

I certify that the office of the undersigned conferred with Plaintiff's counsel, D. Seth Holliday, with regard to the relief requested in this Motion, and Mr. Holliday has stated that Plaintiff is not opposed to the relief requested herein.

November 5, 2018 /s/ Iwana Rademaekers

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all known counsel of record via the Court's ECF Mail System upon the following:

D. Seth Holliday, Esq.
Email: sholliday@mcmahanfirm.com

November 5, 2018 /s/ Iwana Rademaekers
Date Iwana Rademaekers

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**AT MEMPHIS**

| | | |
|---|---|---|
| **MAYURI MORRISON,** | ) | |
| | ) | CIVIL ACTION NO. 2:18cv02677-TLP-cgc |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Thomas L. Parker |
| | ) | |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | Chief Magistrate Judge Charmiane G. Claxton |
| | ) | |
| Defendant. | ) | |

**ORDER**

On this day, came on to be considered the Unopposed Motion Regarding Deadline to Respond to Plaintiff's Complaint. Upon reviewing the Motion, the Court finds that it has merit and should be and is hereby granted.

IT IS ORDERED that Defendant Liberty Life Assurance Company of Boston shall have until and including November 19, 2018, to answer or otherwise respond to Plaintiff's Complaint.

**SIGNED** this ______ day of ____________________, 2018.

____________________________________
UNITED STATES DISTRICT JUDGE