**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MAYURI MORRISON,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:18-cv-02677-TLP-cgc |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

Before the Court is a motion for Iwana Rademaekers to appear pro hac vice on behalf of Defendant Liberty Life Assurance Company of Boson.

After considering the motion, and attached documents, the Court finds that it meets all of the requirements of LR 83.4(d). The motion is thus GRANTED. Iwana Rademaekers is admitted pro hac vice to appear on Defendant's behalf in the above-captioned matter.

**SO ORDERED**, this 6th day of November, 2018.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE