**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
**PH - 615.532.5260, FX - 615.532.2788**
**Jerald.E.Gilbert@tn.gov**

November 08, 2018

Liberty Life Assurance Co. Of Boston
2908 Poston Avenue, % C S C
Nashville, TN 37203
NAIC # 65315

Certified Mail
Return Receipt Requested
7017 1450 0002 1333 3152
Cashier # 41669

Re: Mayuri Morrison V. Liberty Life Assurance Co. Of Boston

Docket # 2:18Cv2677

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served November 07, 2018, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Jerald E. Gilbert
Designated Agent
Service of Process

**Only ONE copy of the Summons or Subpoena was received by this office and it has been sent to the insurance company.**

Enclosures

cc: Federal District Court Clerk
167 North Main Street
Memphis, Tn 38103

Send to attorney