**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**AT MEMPHIS**

| | | |
|---|---|---|
| MAYURI MORRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:18-cv-02677-TLP-cgc |
| | ) | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Planning Report and Discovery Schedule form completed and filed by the parties, the Court orders that in this ERISA long-term disability matter the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the parties completed form as follows:

1. **INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**: The Defendant shall produce the Administrative Record to the Plaintiff and file under seal with the Court on or before **January 31, 2019**.
2. **MOTIONS TO JOIN PARTIES**: Any motion to join necessary parties shall be filed on or before **February 28, 2019**.

3. **MOTIONS TO AMEND PLEADINGS**: Any amendments to the pleadings shall be filed on or before **February 28, 2019**.

4. **MOTIONS TO DISMISS**: Any motion to dismiss shall be filed on or before **March 29, 2019**.

5. **ALTERNATIVE DISPUTE RESOLUTION**: ADR deadline pursuant to ADR Plan Rule 4.3(a) is within 12 weeks after the scheduling conference, on or before **April 25, 2019**.

6. **COMPLETING ALL DISCOVERY**: The discovery period, which includes document production, interrogatories, depositions, and requests for admission, commences 30 days after the appearance of the first Defendant by answer to the complaint and ends on **May 31, 2019**.

7. **EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)**: Not applicable to this ERISA case.

8. **MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702/DAUBERT MOTIONS**: Not applicable to this ERISA case.

9. **FILING DISPOSITIVE MOTIONS**: The parties shall file their Cross Motions for Judgment on the Administrative Record by **July 1, 2019** (up to 25 pages); their responses by **August 1, 2019** (up to 15 pages), and their replies by **August 16, 2019** (up to 5 pages).

10. The parties **do not** consent to trial before the Magistrate Judge.

This order has been entered after consultation with the parties. Absent good cause shown, the deadlines set by this order will not be modified or extended.

SO ORDERED, this ______ day of ______________ 2019.

________________________________
**THOMAS L. PARKER**
**UNITED STATES DISTRICT JUDGE**