**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

MAYURI MORRISON, )
)
Plaintiff, )
) No. 2:18-cv-02677-TLP-cgc
v. )
)
LIBERTY LIFE ASSURANCE )
COMPANY OF BOSTON, )
)
Defendant.

---

**SCHEDULING ORDER**

---

Pursuant to Local Rule 16.2, a Scheduling Conference was held on January 31, 2019. Present were D. Seth Holliday, counsel for Plaintiff, and Iwana Rademaekers, counsel for Defendant. At the Conference, the following dates were established as the final deadlines for:

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1):** January 31, 2019

**MOTIONS TO JOIN PARTIES:** February 28, 2019

**MOTIONS TO AMEND PLEADINGS**: February 28, 2019

**MOTIONS TO DISMISS**: March 29, 2019

**ALTERNATIVE DISPUTE RESOLUTION:**

**(a)** **ADR DEADLINE PURSUANT TO ADR PLAN RULE 4.3(a):**
April 25, 2019

Mediator must file Mediation Certification Form:
https://www.tnwd.uscourts.gov/pdf/content/MediationCertificationForm.pdf

**(b)** **SELECTION OF MEDIATOR PURSUANT TO ADR PLAN RULE 5.4(c)2:**

**MEDIATOR'S NAME:**

**STIPULATION FILING DATE:** April 18, 2019

(If the parties fail to agree upon a Mediator by this deadline, the Court shall select a Mediator for the case from the Court's Mediator list and shall issue an Order notifying the parties of the Mediator's identity)

**COMPLETING ALL DISCOVERY:** May 31, 2019

**FILING DISPOSITIVE MOTIONS:**

Parties shall file their Cross Motions for Judgment on the Administrative Record by July 1, 2019 (up to 25 pages); their responses by August 1, 2019 (up to 15 pages), and their replies by August 16, 2019 (up to 5 pages).

**JOINT PROPOSED PRETRIAL ORDER DUE:** November 26, 2019 by close of business (E-Mail Joint Proposed Pretrial Order in Word format to: ECF_Judge_Parker@tnwd.uscourts.gov)

**PRETRIAL CONFERENCE DATE:** December 3, 2019 at 9:00 a.m.

**JURY TRIAL:** December 16, 2019 at 9:30 a.m. Trial is anticipated to last approximately 2 days.

The parties **do not** consent to trial before the Magistrate Judge.

**OTHER RELEVANT MATTERS**:

As required by Local Rule 26.1(e), the parties have conferred as to whether they will seek discovery of electronically stored information ("e-discovery") and have not reached an agreement regarding e-discovery and will comply with the default standards described in Local Rule 26.1(e) until such time, if ever, the parties reach an agreement and the court approves the parties' e-discovery plan.

***This order has been entered after consultation with the parties. Absent good cause shown, the deadlines set by this order will not be modified or extended.***

**SO ORDERED**, this 1st day of February, 2019.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE