**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**AT MEMPHIS**

| | | |
|---|---|---|
| **MAYURI MORRISON,** | ) | |
| | ) | CIVIL ACTION NO. 2:18cv02677-TLP-cgc |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Thomas L. Parker |
| | ) | |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | Chief Magistrate Judge Charmiane G. Claxton |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND DEADLINES REGARDING ALTERNATIVE DISPUTE RESOLUTION**

1. On February 1, 2019, the Court entered a Scheduling Order (Document 19) containing certain deadlines, include the following Alternative Dispute Resolution ("ADR") deadlines:

(a) ADR deadline pursuant to ADR Plan Rule 4.3(a) April 25, 2019

(b) Selection of mediator pursuant to ADR Plan Rule 5.4(c)2: April 18, 2016

2. The Parties have been engaging in ongoing settlement discussions. Progress has been made but the Parties require additional time to complete these discussions. Therefore, to facilitate the parties' efforts to resolve this matter without incurring additional expenses in the interim, the Parties respectfully request a thirty-day extension on the ADR deadlines set in the Court's February 1, 2019, Scheduling Order.

3. This Joint Motion to Extend Deadlines Regarding Alternative Dispute Resolution is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, Plaintiff and Defendant request the Court enter an Order extending the deadlines set in this case as follows:

(a) ADR deadline pursuant to ADR Plan Rule 4.3(a) May 27, 2019

(b) Selection of mediator pursuant to ADR Plan Rule 5.4(c)2: May 20, 2016

Dated this 17th day of April 2019.

Respectfully submitted,

| | |
|---|---|
| *s/D. Seth Holliday*<br>D. Seth Holliday<br>McMahan Law Firm, LLC<br>700 S. Thornton Avenue<br>P.O. Box 1607<br>Dalton, GA 30722<br>(706) 217-6118 (telephone)<br>(706) 217-6880 (facsimile)<br>Email: sholliday@mcmahanfirm.com<br><br>**COUNSEL FOR PLAINTIFF** | *s/Iwana Rademaekers*<br>Iwana Rademaekers<br>Law Offices of Iwana Rademaekers, P.C.<br>14785 Preston Road, Suite 550<br>Dallas, Texas 75254<br>Main: (214) 579-9319<br>Fax: (469) 444-6456<br>Direct: (214) 564-9542<br>Email: iwana@rademaekerslaw.com<br><br>**COUNSEL FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was served upon all known counsel of record via the Court's ECF Mail System upon the following:

D. Seth Holliday, Esq.
Email: sholliday@mcmahanfirm.com

April 17, 2019
Date

/s/ Iwana Rademaekers
Iwana Rademaekers