**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**AT MEMPHIS**

| | | |
|---|---|---|
| **MAYURI MORRISON,** | ) | |
| | ) | CIVIL ACTION NO. 2:18cv02677-TLP-cgc |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Thomas L. Parker |
| | ) | |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | Chief Magistrate Judge Charmiane G. Claxton |
| | ) | |
| Defendant. | ) | |

**ORDER**

On this day, came on to be considered the Joint Motion to Extend Deadlines Regarding Alternative Dispute Resolution. Upon reviewing the Motion, the Court finds that it has merit and should be and is hereby granted.

IT IS ORDERED that the ADR deadlines are extended in this case as follows:

(a) **ADR DEADLINE PURSUANT TO ADR PLAN RULE 4.3(A)** May 27, 2019

Mediator must file Mediation Certification Form:
https://www.tnwd.uscourts.gov/pdf/content/MediationCertificationForm.pdf

(b) **SELECTION OF MEDIATOR PURSUANT TO ADR PLAN RULE 5.4(C)2:**

**MEDIATOR'S NAME:**

**STIPULATION FILING DATE:** May 20, 2016

(If the parties fail to agree upon a Mediator by this deadline, the Court shall select a Mediator for the case from the Court's Mediator list and shall issue an Order notifying the parties of the Mediator's identity)

**SIGNED** this ______ day of ____________________, 2019.

______________________________
UNITED STATES DISTRICT JUDGE