**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MAYURI MORRISON,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:18-cv-02677-TLP-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, filed on October 1, 2018. (ECF No. 1.) In accordance with the Joint Stipulation of Dismissal (ECF No. 25), filed by the parties in the case and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), **IT IS ORDERED, ADJUDGED AND DECREED** that this action is **DISMISSED WITH PREJUDICE.** Each party in this case shall bear its own costs, expenses and attorneys' fees.

**APPROVED:**

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

May 16, 2019
Date